**EXHIBIT H**

Declaration of Catherine Garrett ("Garrett Declaration").

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATAMOTION TEXAS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>COMERICA BANK, COMERICA INCORPORATED, and COMERICA BANK & TRUST, N.A.<br><br>        Defendants. | Civil Action No. 2:15-cv-00894-JRG<br><br>**DECLARATION OF<br>CATHERINE GARRETT** |

I, Catherine Garrett, declare as follows:

1. Unless indicated otherwise, the facts set forth herein are to the best of my knowledge and belief, and if called as a witness, I could and would testify competently thereto. I submit this Declaration in support of Defendants Comerica Bank, Comerica Incorporated, and Comerica Bank & Trust, N.A.'s (collectively "Comerica") Motion to Transfer Venue.

2. My title is Senior Vice President, Human Resources Administrative Management of Comerica Incorporated.

3. Comerica Incorporated is a holding company that wholly owns Comerica Bank. Comerica Incorporated's few employees are in Dallas, Texas and Auburn Hills, Michigan. .Comerica Bank has approximately 8 employees located in San Jose, California, Detroit, Michigan and Dallas, Texas. Comerica Bank leases the majority of its employees from Comerica Management Company which is a wholly owned subsidiary of Comerica Bank. The majority of Comerica Management Company's 9059 employees are located throughout Michigan. 1,912 of those employees are located in the State of Texas. Comerica's Texas employees are primarily concentrated in and to the west of the Dallas metropolitan area. There are 1,074 personnel employed in the Dallas area, 566 in the Houston area, 99 in the San Antonio area, 98 in the Austin area, and 75 in the Fort Worth area. Comerica is not aware of any Comerica employee within the boundaries of the Eastern District of Texas or within 100 miles thereof. Comerica Bank and Trust Company is located in Auburn Hills, Michigan and its employees are located there.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September, 29 2015.

                                                                          Catherine Garrett