**EXHIBIT AA**

Declaration of Leon Lusk ("Lusk Declaration").

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATAMOTION TEXAS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>COMMERCE BANCSHARE, INC.,<br>COMMERCE BANK and COMMERCE<br>BANK AND TRUST HOLDING COMPANY,<br>N.A.<br><br>       Defendants. | Civil Action No. 2:15-cv-00895-JRG<br><br>**DECLARATION OF<br>LEON LUSK** |

1

I, Leon Lusk, declare as follows:

1. Unless indicated otherwise, the facts set forth herein are to the best of my knowledge and belief, and if called as a witness, I could and would testify competently thereto. I submit this Declaration in support of the Motion to Transfer Venue filed by Defendants Commerce Bancshares, Inc. and Commerce Bank (collectively, "Commerce").

2. I currently reside in McKinney, Texas, located in Collin County.

3. I am currently employed by Zix Corporation and work at its corporate headquarters in Dallas, Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October [ 9 ], 2015.

Leon Lusk

2